UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VELMA HARRIS, pro se,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, N.Y.C. HEALTH
AND HOSPITAL CORP. and E. BERSAMIN,
Associate Director Queens Hospital,

                              Defendants.
------------------------------------------------------------X

JUDGMENT
03-CV- 1593 (DLI)

    A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 17, 2006, granting defendants' motion for summary judgment in its entirety; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendants' motion for summary judgment is granted in its entirety.

Dated: Brooklyn, New York
       July 20, 2006

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court